Federal Court Western District of Texas San Antonio Division

Berrocal                        Case NO 5:24-CV-01126-XR
V
Boyd

## Motion for default judgement

Now comes Henry B Berrocal requesting the court under rule 55 to file a default judgement and enforce the preliminary injunction(s) to enforce my speedy trial bond reduction or close my criminal cases which have a delay over 1 year and 6 months. If this motion was receive earlier than the 21 day(s) required for the state to respond please file it if it is not response.

I was advise my case was file on October 8 2024 which means on october 30th 2024 it will be the right time to file this motion(s). I only receive 2 envelopes every 15 day(s) in jail.

**FILED**

OCT 18 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
                        DEPUTY

Henry B Berrocal



From Henry B Berrogal #1177153
200 N comal
San antonio TX 78205

To Federal Court house Western
District of Texas San antonio division
262 W Nueva, Suite 1-400
San antonio 78210

BEXAR COUNTY JAIL
INMATE MAIL
INDIGENT

U.S. MARSHALS RECEIVED OCT 8 2024 SAN ANTONIO, TX ENFORCEMENT SECTION

RECEIVED OCT 18 2024
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

US POSTAGE $000.69
ZIP 78204