Federal Courthouse Western District of Texas San Antonio division

Henry B Berrocal    Case no SA-24-CV-01126-XR
v
Bord

FILED
NOV 14 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY RKN
DEPUTY

## Advisory to the judge/clerk

Since October 2024 I communicated with law library and Banking in jail regarding the order place by the judge to provide the 6 months banking statement. Law library and banking refuse to provide the statement(s) (Inmate Trust Account) information.

I am notifying the court I tried my best to persecute my lawsuit but is a massive barrier of account information requirement it doesn't let me proceed with my case.

As result, I want to place this case dismissed without prejudice to fix and ammend my lawsuit whenever I am release from jail. or

Henry B Berrocal